No. 10230. Petition of ALVIN WUEST for Writ of Habeas Corpus.

Decided March 3, 1961.

359 P.2d 655.

MR. CHIEF JUSTICE JAMES T. HARRISON:

Original habeas corpus proceeding brought pro se by Alvin Wuest while an inmate of the Montana State Prison.

We have carefully examined the petition and find no merit in it.

It is Ordered that the petition be and it is denied.

MR. JUSTICES JOHN C. HARRISON, ANGSTMAN and CASTLES concur.